IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA G. DENNIS and, | ) | |
| CREED DENNIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-00069 |
| | ) | JURY DEMAND |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION REQUESTING ENTRY OF AGREED ORDERS

Defendant Wal-Mart, by and through counsel, moves the Court to approve and enter the attached Agreed Orders: (1) to allow the law firm of Howell & Fisher, PLLC to have access to certain records belonging to the plaintiffs; and (2) to substitute "Wal-Mart Stores East, LP" as the proper defendant in this matter.

The specific agreements are described in the agreed orders, which were signed by all the parties.

Meredith L. Hiester
G. Andrew Rowlett, No. 16277
Meredith L. Hiester, No. 30183
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorney for defendant

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via the electronic filing system upon:

Joyce Cooper, Esq.
Agee Owens, LLC
3340 Perimeter Hill Drive
Nashville, TN 37211

on this the 2nd day of April, 2014.

S/ Meredith L. Hiester