# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | |
|---|---|
| LINDA G. DENNIS and,<br>CREED DENNIS,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.[1],<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No. 1:14-cv-00069<br>)    JURY DEMAND<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Please be advised that the parties have reached a settlement agreement with respect to all claims asserted in this matter. The parties anticipate filing a Joint Agreed Order of Dismissal in the near future.

                                              s/Meredith L. Hiester
                                              G. Andrew Rowlett, No. 16277
                                              Meredith L. Hiester, No. 30183
                                              HOWELL & FISHER, PLLC
                                              Court Square Building
                                              300 James Robertson Parkway
                                              Nashville, TN  37201-1107
                                              #615/244-3370
                                              Attorneys for Defendant

---

[1] Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. It was incorrectly sued as Wal-Mart Stores, Inc. Defendant may be referred to as "Wal-Mart" in this document.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via the electronic filing system upon:

Joyce Cooper, Esq.
Agee Owens, LLC
3340 Perimeter Hill Drive
Nashville, TN 37211

on this the 2nd day of May, 2014.

<u>s/ Meredith L. Hiester</u>

<u>F:\MLH\MLH\4. Walmart\Dennis\notice of settlement.docx</u>